MAE L. LECHNER et al., Respondents-Appellants, *v.* FRANK LECHNER, Appellant-Respondent.

Submitted June 2, 1955; decided July 8, 1955.

*Kenneth J. Mullane* for motion.
*Noel Rubinton* opposed.

Motion denied, with $10 costs.